IN THE UNITED STATES DISTRICT COURT USDC RECEIVED CLERK, COLUMBIA, SC
FOR THE DISTRICT OF SOUTH CAROLINA

2009 APR -1  P 12: 25

Thurston M. Bolton
_[Enter the full name of the plaintiff in this action]_

) Civil Action No. _____
)                    (to be assigned by Clerk)
)
) **COMPLAINT**
) **State Prisoner**

v.

Al Cannon, Sheriff
Charleston County

_Enter above the full name of defendant(s) in this action_

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?     Yes_____    No __✓__

B. If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

   1. Parties to this previous lawsuit:

      Plaintiff: N/A

      Defendant(s): N/A

   2. Court: N/A
      _(If federal court, name the district; if state court, name the county)_

   3. Docket Number: N/A

   4. Name(s) of Judge(s) to whom case was assigned: N/A

   5. Disposition: N/A
      _(For example, was the case dismissed? Appealed? Pending?)_

   6. Approximate date of filing lawsuit: N/A

   7. Approximate date of disposition: N/A

II. PLACE OF PRESENT CONFINEMENT

A. Name of Prison/Jail/Institution: Charleston County detention center

B. What are the issues that you are attempting to litigate in the above-captioned case? Unconstitutional living conditions at detention center.

C. (1) Is there a prisoner grievance procedure in this institution? Yes ✓   No ___

   (2) Did you file a grievance concerning the claims you are raising in this matter? Yes ___   No ✓
   When N/A   Grievance Number (if available) N/A

D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (i.e., your grievance)? N/A   Yes ___   No ___

E. When was the final agency/departmental/institutional answer or determination received by you? N/A

*If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.*

F. If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities? Yes ✓   No ___

G. If your answer is YES:

   1. What steps did you take? I talked to detention staff.
   2. What was the result? I was told that these conditions are normal for detention center.

III. PARTIES

*In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

A. Name of Plaintiff: Thurston M. Bolton   Inmate No.: 597274
   Address: 3841 Leeds Ave, Chas, SC 29405

*In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: Al Cannon   Position: Sheriff
   Place of Employment: Charleston County Sheriff, 3505 Pinehaven Dr, Chas Height, SC 29405

C. Additional Defendants *(provide the same information for each defendant as listed in Item B above):*
   N/A

Complaint - State Prisoner
Revised October 3, 2007

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.*

I Thurston M. Bolton, is currently confined in the Charleston County Detention center in Charleston SC. I am placed in a unsafe enviroment. I am sleeping on the floor in this detention center with many other detenies that is over the limits of how many people should be housed in.

1. My detention is unsafe as well as unclean.
2. I do not recieve any pysical recreation.
3. They fail to give me clean eating trays and clean eating untinsels!
4. I am housed in a over crowded cell that is unsecure and unsafe. To many people in here.
5. They fail to provide for me clean under clothes.
6. They fail to provide me with a clean living space.
7. They fail to provide me with clean Telephones.
8. They fail to provide me with unmonitored Telephone system.
9. They fail to provide me with clean showers.
10. They fail to provide me with clean Tolets.
11. They fail to provide me with clean sinks.
12. They fail to provide me with a Law library.

I have been housed in this detention center center since, 3-22-08, And

Complaint - State Prisoner
Revised October 3, 2007

IV. STATEMENT OF CLAIM - continued.

I am currently housed in this center as of 3/30/09.

Sheriff Al Cannonly is the Charleston County Sheriff and he is currently responsable for my detention at the center as well as its living conditions.

## V. RELIEF

*State briefly and exactly what you want the court to do for you.*

I would like the court to order that the defendant correct all the allegations made in this suit and I would also, like the court to order the defendant to pay me the sum of $350,000.00 (Three Hundred And fifty Thousand Dollars). To show the defendant that he can not house detenies in this kind of unsafe, un/ clean and constitutional enviroment!

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __30__ day of __March__, 20__09__.

_____
Signature of Plaintiff

Complaint - State Prisoner
Revised October 3, 2007